

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00616-CV

Alice **IRVING**,
Appellant

v.

**CHURCH OF CHRIST BOERNE, TEXAS** a/k/a Boerne Church of Christ,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 14-049-CCL
Honorable William R. Palmer Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Church of Christ Boerne, Texas a/k/a Boerne Church of Christ, recover its costs of the appeal from appellant, Alice Irving.

SIGNED April 13, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice